BENJAMIN B. WAGNER
United States Attorney
ANDREW L. GRADMAN
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.: 1:12 CR 00067 - AWI |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS ) CONFERENCE; ORDER |
| v. | ) ) To: |
| JAVIER MIRANDA, | ) DATE:    Monday, January 7 ) TIME:    10:00 am |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Andrew L. Gradman, Counsel for Plaintiff, and Mark Coleman, Counsel for Defendant Javier Miranda, that the status conference currently set for Monday, December 10, 2012, at 10:00 a.m., **may be continued to Monday, January 7, 2013, at 10:00 a.m. before Judge Anthony Ishii.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. 3161(h)(7)(A) and 3161(h)(7)(B)(I) and (iv), because of further need for defendant and defense counsel to review discovery and the government's plea offer,

- 1 -    STIPULATION TO CONTINUE STATUS CONFERENCE
AND ORDER THEREON

and because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

```
                                      BENJAMIN B. WAGNER
                                      United States Attorney

Dated: December 5, 2012       By:     /s/ Andrew L. Gradman
                                      ANDREW L. GRADMAN
                                      Special Assistant U.S. Attorney

Dated: December 5, 2012       By:     /s/ Mark Coleman
                                      MARK COLEMAN
                                      Attorney For Defendant
```

ORDER

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:   December 6, 2012            _____
                                     UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE STATUS CONFERENCE
                                                   AND ORDER THEREON