(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER D. WILSON SBN: 192207**
LAW OFFICE OF ROGER D. WILSON
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 233-4100
Facsimile: (559) 746-7200
Email: roger@wilson-law.com

Attorney for Defendant JAVIER MIRANDA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  v.  **JAVIER MIRANDA,**  Defendant. | Case No.: **1:12CR00067-AWI-BAM-1**  **STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE.**  Date: February 5, 2021 |

## STIPULATION

Defendant JAVIER MIRANDA ("Defendant Miranda" or "Mr. Miranda") , by and through his counsel of record, ROGER D. WILSON, and Plaintiff United States of America, by and through its counsel of record MCGREGOR SCOTT, United States Attorney, and LAURA D. WITHERS, Assistant United States Attorney, hereby stipulate as follows: As the parties are unable to proceed with filings by the agreed upon dates as necessary documentation has not been received by the defense counsel, all parties now move to extend the briefing schedule as follows:

1. Defendant Javier Miranda filed a motion for reduction in sentence and compassionate release on September 24, 2020. (DOC 17)

///

2. On September 28, 2020, the Honorable Judge Anthony W. Ishi signed an Order referring Mr. Miranda's Motion to the Federal Defender's Office for the Eastern District of California. (DOC 18)

3. The Order requires that the Federal Defender's Office shall review (Attachment A, Defense Counsel's Review) Defendant's pro se submission and, within ten (10) days of service of this order, shall either file a supplemental motion or a notice of intent to stand on the original pro se motion submitted by Defendant.

4. The parties desire additional time to review pro se filing and for briefing on defendant's motion. Accordingly, by this stipulation, the parties now move that:

   a. Defense Supplemental Motion, if necessary, be due by October 14;

   b. The government's opposition or response to defendant's motion, be due on October 28, 2020; and

   c. The defense reply, if any, will be due on November 6, 2020.

Counsel for Defendant discussed the request to continue the current Briefing Scheduling dates and request new Scheduling dates with Assistant United States Attorney Laura Withers before making the request of the Court.

IT IS SO STIPULATED.

DATED: October 8, 2020       /s/
                                              LAURA WITHERS
                                              Assistant United States Attorney

DATED: October 8, 2020       /s/ *Roger D. Wilson*
                                              ROGER D. WILSON
                                              Attorney for Khalif Mendez

--o0o--



**O R D E R**

IT IS SO FOUND AND ORDERED that the above Stipulation to continue the currently scheduled Briefing date of October 8, 2020; and to set a new date as follows: Defense Supplemental Motion, if necessary, be due by October 14; the government's opposition or response to defendant's motion, be due on October 28, 2020; and the defense reply, if any, will be due on November 6, 2020, or at a time that is convenient to the court, is hereby approved.

IT IS SO ORDERED.

Dated:   October 8, 2020                                    _____
                                                                          SENIOR  DISTRICT  JUDGE