McGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff/Respondent
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00067-AWI-BAM |
| Plaintiff/Respondent, | ORDER GRANTING EXTENSION OF TIME |
| v. | |
| JAVIER MIRANDA, | |
| Defendant/Movant. | |

On November 19, 2020, Respondent requested a 10-day extension of time to file its response or opposition to Defendant Miranda's Motion for Reconsideration.

IT IS HEREBY ORDERED, that Respondent's request for a 10-day extension is granted. The response is now due December 4, 2020.

IT IS SO ORDERED.

Dated:   November 20, 2020                              _____
                                                                                SENIOR  DISTRICT  JUDGE

GOVERNMENT'S MOTION FOR EXTENSION OF TIME