McGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff/Respondent
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff/Respondent,<br><br>　　v.<br><br>JAVIER MIRANDA,<br><br>　　　　　　Defendant/Movant. | CASE NO. 1:12-CR-00067-AWI-BAM<br><br>ORDER GRANTING SECOND EXTENSION OF TIME |

　　　On December 3, 2020, Respondent requested an additional 7-day extension of time to file its response or opposition to Defendant Miranda's Motion for Reconsideration.

　　　IT IS HEREBY ORDERED, that Respondent's request for an additional 7-day extension is granted. The response is now due December 11, 2020.

IT IS SO ORDERED.

Dated:　December 3, 2020　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE

GOVERNMENT'S MOTION FOR EXTENSION OF TIME