PHILLIP A. TALBERT
Acting United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff/Respondent
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00067-AWI-BAM |
|---|---|
| Plaintiff/Respondent, | ORDER GRANTING EXTENSION OF TIME |
| v. | |
| JAVIER MIRANDA, | |
| Defendant/Movant. | |

On March 29, 2021, Respondent requested a 30-day extension of time to file its response or opposition to Defendant Miranda's *pro se* Motion for Compassionate Release. Docket No. 40.

IT IS HEREBY ORDERED, that Respondent's request for a 30-day extension is granted. The response is now due April 28, 2021.

IT IS SO ORDERED.

Dated:  March 29, 2021

_____
SENIOR DISTRICT JUDGE

ORDER