PHILLIP A. TALBERT
Acting United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff/Respondent
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff/Respondent,<br><br>　　　v.<br><br>JAVIER MIRANDA,<br><br>　　　　　　　Defendant/Movant. | CASE NO. 1:12-CR-00067-AWI-BAM<br><br>ORDER |

　　　On April 26, 2021, the Government requested a 7-day extension of time to file a response to Defendant's *pro se* motion for compassionate release.

　　　IT IS HEREBY ORDERED that the Government's request for an extension is granted. The Government's response is now due May 5, 2021.

IT IS SO ORDERED.

Dated:  April 26, 2021                       _____
　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE

ORDER