IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

# MEMORANDUM

| | |
|---|---|
| Honorable Anthony W. Ishii ) <br> Senior United States District Judge ) <br> Fresno, California ) | DESTRUCTION OF EVIDENCE (SEIZED PROPERTY) REQUEST AND ORDER <br><br> (**NOT TO BE "FILED"**) |

Your Honor:

This matter comes before the Court requesting an Order to destroy evidence/seized property taken from Albert Matthew Amezcua Ochoa (Case No. 1:11CR00356-001). Destruction of evidence reveals (1) Nokia Lumia 635 cellular phone (blue). On May 3, 2022, Mr. Amezcua Ochoa granted our office permission to destroy the evidence seized during a search on March 2, 2016.

Per 41 C.F.R., Part 102-41 and the *Guide to Judiciary Policy*, if seized property cannot be returned to the owner or a designee, or has been abandoned, the officer should notify the Court and dispose of the property according to the procedures outlined. All ammunition and electronic devices require other measures for their destruction, which we have a set protocol in place.

We respectfully recommend and request that the U.S. Probation Office for the Eastern District of California be granted permission by the Court the destruction and disposal of the evidence/seized property specified in the memorandum.

Respectfully Submitted By:

*Marlene K. DeOrian*

**MARLENE DEORIAN**
Supervising U.S. Probation Officer

Date: 12/14/2022

Reviewed By:

*Lonnie G. Stockton*

**LONNIE STOCKTON**
Supervising U.S. Probation Officer

Date: 12/14/2022

### THE COURT ORDERS

☒   Destruction and disposal of evidence (seized property) set forth in the memorandum is approved as recommended.

☐   Destruction and disposal of evidence (seized property) is denied.

☐   Other:

IT IS SO ORDERED.

Dated:   January 11, 2023            *A.K. Ishii*

SENIOR DISTRICT JUDGE